JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES PENSIONERS AND SURVIVING SPOUSES HEALTH FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES RETIREMENT TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES DEFINED CONTRIBUTION TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES VACATION AND HOLIDAY TRUST FUND; TRUSTEES OF THE SOUTHERN CALIFORNIA PIPE TRADES CHRISTMAS BONUS FUND; TRUSTEES OF THE APPRENTICE AND JOURNEYMAN TRAINING TRUST FUND; TRUSTEES OF THE UNITED ASSOCIATION NATIONAL PENSION FUND; and TRUSTEES OF THE INTERNATIONAL TRAINING FUND, | Case No.  8:23-cv-00730-CJC-KES  **JUDGMENT** |
| Plaintiffs, | |
| vs. | |
| JOHNSON DIVERSIFIED, INC., a California corporation, doing business as "Plumbing Solutions"; and JEFFREY L. JOHNSON, an individual | |
| Defendants. | |

Upon application by Plaintiffs herein for a default judgment pursuant to Fed. R. Civ. P. 55(b), and it appearing to the Court that the default of Defendant Johnson Diversified, Inc. and Defendant Jeffery L. Johnson was entered on May 26, 2023, in the office of the Clerk of this Court; and that no proceedings have been taken by the Defendants since default was entered, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Plaintiffs Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, Trustees of the Southern California Pipe Trades Pensioners and Surviving Spouses Health Fund, Trustees of the Southern California Pipe Trades Retirement Trust Fund, Trustees of the Southern California Pipe Trades Defined Contribution Trust Fund, Trustees of the Southern California Pipe Trades Vacation and Holiday Trust Fund, Trustees of the Southern California Pipe Trades Christmas Bonus Fund, Trustees of the Apprentice and Journeyman Training Trust Fund, Trustees of the United Association National Pension Fund, and Trustees of the International Training Fund shall recover from Defendant Johnson Diversified, Inc. the principal amount of $128,204.32, plus post-judgment interest as provided by law; and

2. Plaintiffs Trustees of the Southern California Pipe Trades Defined Contribution Trust Fund and Trustees of the Southern California Pipe Trades Vacation and Holiday Trust Fund shall recover from Defendant Jeffery L. Johnson the principal amount of $13,350.36 plus post-judgment interest as provided by law.

Dated: August 10, 2023

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

**CC: FISCAL**